Appeal No. 75-326. VIOLET M. CAVANAGH *v.* ROBERT D. CAVANAGH. Case is assigned for further oral argument to the calendar for February 8, 1977 at 9:30 a.m. *Breslin, Sweeney & Gordon, Robert H. Breslin, Jr.,* for plaintiff. *George Ajootian,* for defendant.

## December 22, 1976

Appeal No. 75-192. DIANE GIACOMINI *v.* DR. JOSEPH BEVILACQUA *et al.* Case came on to be heard in response to our order to the defendants to show cause why this appeal should not be summarily disposed of because of our recent opinion in *Naughton* v. *Goodman,* 117 R.I. 113, 363 A.2d 1345 (1976). Cause having been shown that *Naughton,* supra, is not controlling, this case will remain on the regular calendar. *Oster, Espo, Fay & Groff, Irving N. Espo,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Peter Palombo, Jr.,* City Solicitor, for defendants.

## December 23, 1976

C. A. No. 75-323. STATE *ex rel.* ROBERT E. RICCI *v.* ROBERT G. GOTTSCHALK. Case is assigned to the calendar for February 10, 1977, 9:30 a.m. for oral argument. The defendant will be expected to show cause why his appeal should not be summarily disposed of in view of the fact that the findings of the trial justice sitting without a jury are accorded great weight and in making such findings the trial justice in appropriate circumstances may reject positive, uncontroverted testimony, *Laganiere* v. *Bonte Spinning Co.,* 103 R.I. 191, 236 A.2d 256 (1967); *Gorman* v. *Hand Brewing Co.,* 28 R.I. 180, 66 A.209 (1907). *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.